Jul 23, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**13-20534-CR-COOKE/TURNOFF**
CASE NO._____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

JAVIER ALVAREZ,

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 12, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAVIER ALVAREZ,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

1.     one (1) Beretta, Model 92F, 9 millimeter semi-automatic pistol; and

2.     one (1) Raven, .25 caliber semi-automatic pistol.

## COUNT 2

On or about October 4, 2012 in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAVIER ALVAREZ,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

1. One (1) Beretta, Model 92F, 9 millimeter semi-automatic pistol;
2. One (1) Taurus, Model .357 caliber revolver;
3. Eight (8) rounds of Winchester 357 caliber ammunition;
4. Forty-nine (49) rounds of Winchester 9 millimeter ammunition;
5. Eighty-five (85) rounds of Federal 9 millimeter ammunition;
6. Fifty (50) rounds of American 9 millimeter ammunition;
7. Two (2) rounds of Winchester 22 caliber ammunition;
8. Thirteen (13) rounds of PMC 38 caliber ammunition;
9. One (1) round of PMC 38 caliber ammunition; and
10. Six (6) rounds of Hornady 357 caliber ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JAVIER ALVAREZ**, has an interest.

2

2. Upon conviction of the offense alleged in this Indictment, the defendant shall forfeit to the United States all of his right, title and interest in any firearm and ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth in Title 21, United State Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA   CASE NO. _____

vs.

Javier ALVAREZ,                **CERTIFICATE OF TRIAL ATTORNEY***

        **Defendant.**
_____/   **Superseding Case Information:**

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ___ No ___ |
|---|---|---|---|
| _x_ Miami ___ Key West | | Number of New Defendants | ___ |
| ___ FTL ___ WPB ___ FTP | | Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _NO_
   List language and/or dialect _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                      (Check only one)

   I    0 to 5 days      _x_         Petty       ___
   II   6 to 10 days     ___         Minor       ___
   III  11 to 20 days    ___         Misdem.     ___
   IV   21 to 60 days    ___         Felony      _x_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) ___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

                                             _/s/ BCW_
                                      BROOKE C WATSON
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Court ID No. A5501844

*Penalty Sheet(s) attached                                                                               REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JAVIER ALVAREZ

**Case No:** _____

Counts #: 1-2

Felon in Possession of a Firearm

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** Ten years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.